UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

*************************************
|  | * |  |
|---|---|---|
| Travel Sentry, Inc. | * | |
| Plaintiff | * | |
|  | * | |
| v. | * | |
|  | * | Civil Docket No. 06-cv-118-JD |
| David Tropp | * | |
| Defendant | * | |
| and | * | |
| Safe Skies, LLC | * | |
| Defendant | * | |

*************************************

## AFFIDAVIT OF JOEL BLUMENTHAL

I, Joel Blumenthal, being duly sworn, state as follows:

1. I am the President of Travel Sentry, Inc. ("Travel Sentry"), the plaintiff in the above-captioned action. I make this affidavit of my own personal knowledge in support of Travel Sentry's Opposition to Safe Skies, LLC's Motion to Dismiss for Lack of Subject Matter Jurisdiction.

2. On November 2, 2006, I visited Safe Skies, LLC's ("Safe Skies") website at www.safeskieslocks.com. Safe Skies' website states that "The valuable technology behind the TSA Lock is proprietary to Safe Skies™ TSA Locks." It also states that "Liberty Lock™ is a Registered Trademark of Safe Skies LLC, protected by US Patents 7,021,537 and 7,036,728 with other Worldwide Patents Pending." Attached hereto as Exhibit 1 is a true and accurate copy of a printout of the "Home" page of Safe Skies' website.

3. Safe Skies' website also contains a page titled "Safe Skies TSA Locks Patents." That page displays a copy of the cover page of U.S. Patent No. 7,021,537, and in place of the name of the inventor, it superimposes the Safe Skies torch logo. Attached hereto as Exhibit 2 is

a true and accurate copy of a printout of the "Safe Skies TSA Locks Patents" page of Safe Skies' website.

4.   Safe Skies has published a similar advertisement in several magazines. Attached hereto as Exhibit 3 is a true and accurate copy of a Safe Skies ad published in *Travel Goods Showcase*, September/October 2006 issue.

Signed under the pains and penalties of perjury this 2nd day of November, 2006.

_____
Joel Blumenthal

**EXHIBIT 1**



# Introducing Liberty Lock™
## The Intelligent Locking System

### The Luggage Locks Airport Security Won't Cut Off.




**FREE GROUND SHIPPING on all TSA Lock orders within the USA**
We Ship TSA Padlocks Worldwide
**FREE INTERNATIONAL SHIPPING on all TSA Padlock orders over $14.99**



Baggage screeners have been trained to recognize our special symbol.



By agreement with TSA, baggage screeners can open our locks, inspect, and re-lock luggage if necessary.



Your locked bag and belongings arrive safe and secure.



All Safe Skies™ TSA luggage locks have a lifetime warranty and a hassle-free replacement policy.

We gladly accept the following approved methods of payment

TSA Luggage Locks | TSA Locks Store | TSA Locks F.A.Q. | TSA Locks Business Opportunities | TSA Locks Feedback | TSA Locks Contact Us

Protected by US Patents # 7,021,537 and 7,036,728, the Safe Skies™ TSA Luggage Lock is the luggage lock approved for use by the United States Transportation Security Administration and by Her Majesty's Revenue and Customs in the United Kingdom. The valuable technology behind the TSA Lock is proprietary to Safe Skies™ TSA Locks.

If your luggage is secured with a normal luggage lock, airport security will clip the luggage lock. If your luggage is secured with a Safe Skies™ TSA Lock, your luggage lock will not be clipped. Your Safe Skies™ TSA Lock will be re-locked once the security inspection is complete. The Safe

Skies™ TSA lock is the luggage lock for the global traveler.

In the rare event that a Safe Skies™ TSA Lock is clipped, there is no need to worry, our TSA Lock is covered by our lifetime warranty and hassle-free replacement policy. We will replace your TSA Lock.

Partner with Us | How to Reset Your Combination | Warranty & Replacement Policy



Officially Accepted & Recognized by Transportation Security Administration (TSA)

Copyright © 2004-2006 Safe Skies LLC. All Rights Reserved. Liberty Lock™ is a Registered Trademark of Safe Skies LLC, protected by US Patents 7,021,537 and 7,036,728 with other Worldwide Patents Pending.



Officially Accepted & Recognized by Her Majesty's Revenue and Customs (HMRC)

Terms of Use | Privacy Policy | Site Map

Designed and Developed by P.IX CLINIC



**EXHIBIT 2**



All Safe Skies™ TSA Luggage Locks are protected by US Patents 7,021,537 and 7,036,728 with other patents pending worldwide

(12) **United States Patent**

(10) Patent No.: **US 7,021,537 B2**
(45) Date of Patent: **Apr. 4, 2006**

(54) METHOD OF IMPROVING AIRLINE LUGGAGE INSPECTION

(76) Inventor:

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 8 days

(21) Appl. No.: 10/706,500

(22) Filed: Nov. 12, 2003

(65) Prior Publication Data
US 2005/0098629 A1    May 12, 2005

(51) Int. Cl.
G07B 15/02    (2006.01)
(52) U.S. Cl. ............... 235/384; 70/284; 283/72
(58) Field of Classification Search ............ 235/384, 235/382, 380; 70/284-285, 56, 278, 312, 70/331, 446; 283/68-69, 74, 80
See application file for complete search history.

(57) **ABSTRACT**

Method of making airline luggage inspection secure while accommodating the needs of the traveler comprises making a special lock available to airline travelers, the special lock having a combination lock portion and a master key lock, the master key lock portion receiving a master key that can open the master key lock portion of any special lock of this type. The special lock is designed to be applied to an individual piece of airline luggage and has an indicia thereon conveying to luggage purchasers that the special lock is "approved" by a luggage screening authority and conveying to the luggage screening authority that the special lock can be opened using the master key. The method includes providing the luggage screening authority directly or indirectly with exclusive access to the master key. The manufacturers and/or providers of the master key and special lock retain copies of the master key.

21 Claims, 2 Drawing Sheets



TSA Lock Patent



Our TSA Lock



Officially accepted and recognized by:






TSA Locks Home | TSA Locks Store | TSA Locks F.A.Q. | TSA Locks Business Opportunities | TSA Locks Feedback | TSA Locks Contact Us

Partner with Us | How to Reset Your Combination | Warranty &

http://www.safeskieslocks.com/patents.html    10/30/2006

Case 1:06-cv-00108-JD    Document 35-1    Filed 11/06/06    Page 9 of 11

Replacement Policy



Officially Accepted & Recognized by Transportation Security Administration (TSA)

Copyright © 2004-2006 Safe Skies LLC. All Rights Reserved. Liberty Lock™ is a Registered Trademark of Safe Skies LLC, protected by US Patents 7,021,537 and 7,036,728 with other Worldwide Patents Pending.



Officially Accepted & Recognized by Her Majesty's Revenue and Customs (HMRC)

Terms of Use | Privacy Policy | Site Map
We gladly accept the following approved methods of payment



We accept Military Credit Cards
We also accept phone orders at 1-800-925-1881 and fax orders

Designed and Developed by PIX CLINIC

Please read some of our articles regarding : Luggage Lock and TSA Luggage Lock

**EXHIBIT 3**

# safe skies™ TSA LOCK

**Are the TSA Locks you're selling protected by these patents?**
All Safe Skies™ TSA Luggage Locks are protected by US Patents 7,021,537 and 7,036,728 with other patents pending worldwide.

**Call us today at 1-800-925-1881 for TSA Lock distribution opportunities or to order TSA Locks**

(12) **United States Patent**
Tropp

(10) Patent No.: **US 7,021,537 B2**
(45) Date of Patent: **Apr. 4, 2006**

(54) METHOD OF IMPROVING AIRLINE LUGGAGE INSPECTION

(76) Inventor:

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 8 days

(21) Appl. No.: 10/706,500

(22) Filed: Nov. 12, 2003

(65) **Prior Publication Data**
US 2005/0098629 A1    May 12, 2005

(51) Int. Cl.
    G07B 15/02    (2006.01)
(52) U.S. Cl. .................. 235/384; 70/284; 283/72
(58) Field of Classification Search .......... 235/384, 235/382, 380; 70/284-285, 56, 278, 312, 70/331, 446; 283/68-69, 74, 80
    See application file for complete search history.

(57) **ABSTRACT**

Method of making airline luggage inspection secure while accommodating the needs of the traveler comprises making a special lock available to airline travelers, the special lock having a combination lock portion and a master key lock, the master key lock portion receiving a master key that can open the master key lock portion of any special lock of this type. The special lock is designed to be applied to an individual piece of airline luggage and has an indicia thereon conveying to luggage purchasers that the special lock is "approved" by a luggage screening authority and conveying to the luggage screening authority that the special lock can be opened using the master key. The method includes providing the luggage screening authority directly or indirectly with exclusive access to the master key. The manufacturers and/or providers of the master key and special lock retain copies of the master key.

**21 Claims, 2 Drawing Sheets**




Our TSA Lock Patent    Our TSA Lock



**Officially accepted and recognized by:**
 





**www.safeskieslocks.com**

Protected by United States Patent Numbers 7,021,537 and 7,036,728 with other patents pending worldwide. All rights reserved. Copyright © 2004-2006 safe skies LLC